UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60243-CR-BLOOM

UNITED STATES OF AMERICA

v.

ANDREW RUBINSTEIN,

           Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Parties' Joint Motion for Reduction of Sentence, ECF No. [161]. The Court has considered the Motion, the sealed factual proffer in support of the Motion, set forth in the government's pleading, the record in the case, and is fully advised.

It is **ORDERED AND ADJUDGED** that the Parties' Joint Motion for Reduction of Sentence, **ECF No. [161],** is **GRANTED**. The Court finds that, in accordance with Rule 35(b), Fed. R.Crim.P., Defendant Andrew Rubinstein has provided substantial assistance in the investigation or prosecution of another person. The Court agrees with the joint recommendation of the parties and Defendant Rubinstein's sentence shall be reduced by 16 months **from seventy-two (72) months to fifty-six (56) months in the custody of the Bureau of Prisons**, with all other provisions of the Defendant's original sentence remaining the same.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 3, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**